ACCEPTED
03-15-00248-CV
6155174
THIRD COURT OF APPEALS
AUSTIN, TEXAS
7/21/2015 12:35:15 PM
JEFFREY D. KYLE
CLERK

## No. 03-15-00248-CV

**IN THE COURT OF APPEALS**
**FOR THE THIRD DISTRICT OF TEXAS**
**AT AUSTIN**

FILED IN
3rd COURT OF APPEALS
AUSTIN, TEXAS
7/21/2015 12:35:15 PM
JEFFREY D. KYLE
Clerk

**BRIGHAM EXPLORATION COMPANY, BEN M. BRIGHAM,**
**DAVID T. BRIGHAM, HAROLD D. CARTER, STEPHEN P. REYNOLDS,**
**STEPHEN C. HURLEY, HOBART A. SMITH, SCOTT W. TINKER,**
**STATOIL ASA AND FARGO ACQUISITION, INC.,**
*Appellants*,

v.

**RAYMOND BOYTIM, ET AL., INDIVIDUALLY AND ON**
**BEHALF OF OTHERS SIMILARLY SITUATED,**
*Appellees*.

On Appeal from the 201st Judicial District Court of Travis County, Texas,
Trial Court Cause No. D-1-GN-11-003205

**UNOPPOSED MOTION FOR EXTENSION OF**
**TIME TO FILE APPELLANTS' BRIEF**

TO THE HONORABLE COURT OF APPEALS:

Appellants, Statoil ASA and Fargo Acquisition, Inc., respectfully file this unopposed first motion for a 30-day extension of time to file their appellants' brief.

1.      The present deadline for filing the brief is July 29, 2015.

2.      Appellants seek a 30-day extension, until August 28, 2015, in which to file their brief.

3.      This is Appellants' first request for an extension of time to file their brief.

1768.004/563735

4.	This motion is unopposed.

5.	The following grounds provide "good cause" for extending the time to file the brief. Lead appellate counsel, Russell Post, has been and continues to be engaged in other litigation with imminent deadlines that will prevent him from completing the brief before the present deadline, including, but not limited to, the following:

- Preparation of respondents' brief on the merits in No. 14-0804*; In re Seneca Resources Corporation*; In the Texas Supreme Court. The merits brief was filed on July 20, 2015.

- Preparation of respondents' brief on the merits in No. 15-0146; *Doris Forte, O.D., et al. v. Wal-Mart Stores, Incorporated*; In the Texas Supreme Court. The merits brief is due to be filed on or before July 27, 2015, after one extension.

- Preparation of petitioner's brief in No. 15-60326; *Chesapeake Energy Corporation and its wholly owned subsidiary Chesapeake Operating, Inc. v. National Labor Relations Board*; In the United States Court of Appeals for the Fifth Circuit. The brief is due to be filed or before July 27, 2015.

- Assistance with preparation of reply brief in No. 05-14-01383-CV; *Enterprise Products Partners, L.P., et al. v. Energy Transfer Partners, L.P.*; In the Fifth Court of Appeals. The reply brief is due to be filed on or before August 19, 2015.

- In addition, Mr. Post is traveling out of the country from July 11–23, 2015 for a pre-planned family vacation.

6.	This motion is not filed for the purpose of delay, but to allow counsel adequate time to prepare the brief.

For these reasons, Appellants Statoil ASA and Fargo Acquisition, Inc. respectfully request an extension of time to file their brief, until August 28, 2015.

Respectfully submitted,

BECK REDDEN LLP

By: /s/ *Russell S. Post*
    Russell S. Post
    State Bar No. 00797258
    rpost@beckredden.com
    Fields Alexander
    State Bar No. 00783528
    falexander@beckredden.com
    Parth S. Gejji
    State Bar No. 24087575
    pgejji@beckredden.com
1221 McKinney Street, Suite 4500
Houston, TX  77010-2010
(713) 951-3700
(713) 951-3720 (Fax)

BECK REDDEN LLP
    Christopher R. Cowan
    State Bar No. 24084975
    ccowan@beckredden.com
515 Congress Avenue, Suite 1750
Austin, TX  78701
(512) 708-1000
(512) 708-1002 (Fax)

**ATTORNEYS FOR APPELLANTS STATOIL ASA AND FARGO ACQUISITION, INC.**

## CERTIFICATE OF CONFERENCE

I certify that my office conferred with, Steve Jodlowski, counsel for Appellees, and with Debora B. Alsup, counsel for Brigham Exploration Company and Individual Appellants, regarding this motion, and they do not oppose the requested extension.

/s/ *Russell S. Post*
Russell S. Post

## CERTIFICATE OF SERVICE

In accordance with the Texas Rules of Appellate Procedure, I hereby certify that on July 21, 2015, a true and correct copy of the above and foregoing motion was properly forwarded to all counsel of record, by e-file and/or email, addressed as follows:

### *Class Counsel for Appellees*

ROBBINS GELLER RUDMAN
  & DOWD LLP
Darren J. Robbins
Randall J. Baron
David T. Wissbroecker
Steven M. Jodlowski
655 West Broadway, Suite 1900
San Diego, CA 92101-3301
(619) 231-1058
(619) 231-7423 fax
randyb@rgrdlaw.com
dwissbroecker@rgrdlaw.com
sjodlowski@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
Samuel H. Rudman
Mark S. Reich
Michael G. Capeci
58 South Service Road, Suite 200
Melville, NY 11747
(631) 367-7100
(631) 367-1173 fax
srudman@rgrdlaw.com
mreich@rgrdlaw.com
mcapei@rgrdlaw.com

*Liaison Counsel for Appellees*

BOULETTE & GOLDEN LLP
Michael D. Marin
Texas State Bar No. 00791174
2801 Via Fortuna, Suite 530
Austin, Texas 78746
(512) 732-8924
(512) 732-8905 fax
mmarin@boulettegolden.com


*Additional Counsel for Appellees*

KENDALL LAW GROUP, LLP
Joe Kendall
Daniel Hill
Jamie J. McKey
3232 McKinney Avenue, Suite 700
Dallas, Texas 75204
(214) 744-3000
(214) 744-3015 fax
jkendall@kendalllawgroup.com
dhill@kendalllawgroup.com
jmckey@kendalllawgroup.com


DUNNAM & DUNNAM L.L.P.
Hamilton P. Lindley
4125 W. Waco Drive (76710)
P.O. Box 8418
Waco, Texas 76714
(254) 753-6437
(254) 753-7434 fax
hlindley@ dunnamlaw.com


LEVI & KORSINSKY LLP
Shane T. Rowley
30 Broad St., 24th Floor
New York, NY 10004
(212) 363-7500
(866) 367-6510 fax
srowley@zlk.com

THE BRISCOE LAW FIRM, PLLC
Willie C. Briscoe
The Preston Commons
8150 N. Central Expressway, Suite 1575
Dallas, Texas  75206
(214) 239-4568
(281) 254-7789 fax
wbriscoe@thebriscoelawfirm.com


BRODSKY & SMITH LLC
Evan J. Smith
Marc L. Ackerman
Two Bala Plaza, Suite 602
Bala Cynwyd, Pennsylvania 19004
(610) 667-6200
(610) 667-9029 fax
esmith@brodsky-smith.com
mackerman@brodsky-smith.com


KOHN, SWIFT & GRAF, P.C.
Denis F. Sheils
One South Broad Street, Suite 2100
Philadelphia, PA 19107-3389
(215) 238-1700
(215) 238-1968 fax
dsheils@kohnswift.com

1768.004/563735

5

THE WEISER LAW FIRM, P.C.
Patricia C. Weiser
James M. Ficaro
22 Cassatt Avenue
Berwyn, PA 19312
(610) 225-2677
(610) 408-8062 fax
pw@weiserlawfirm.com
jmf@weiserlawfirm.com

RYAN & MANISKAS, LLP
Katharine M. Ryan
Richard A. Maniskas
995 Old Eagle School Road, Suite 311
Wayne, PA 19087
(484) 588-5516
(484) 450-2582 fax
kryan@rmclasslaw.com
rmaniskas@rmclasslaw.com

THE REDDELL FIRM PLLC
Kelly N. Reddell
100 Highland Park Village, Suite 200
Dallas, Texas  75025
(214) 295-3031
kelly@reddell-law.com

### *Counsel for Brigham Exploration Company and Individual Appellants*

THOMPSON & KNIGHT LLP
Timothy R. McCormick
Michael W. Stockham
Mackenzie Wallace
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1700
(214) 969-1751 fax
timothy.mccormick@tklaw.com
michael.stockham@tklaw.com
mackenzie.wallace@tklaw.com

THOMPSON & KNIGHT LLP
Debora B. Alsup
Thompson & Knight LLP
98 San Jacinto Blvd., Suite 1900
Austin, TX 78701
(512) 469-6100
(512) 482-5028 fax
debora.alsup@tklaw.com

/s/ *Russell S. Post*
Russell S. Post